Entered: December 22, 2015
Signed: December 22, 2015

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   15–22462 – WIL     Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrea Christina Ashton
*debtor has no known aliases*
1801 Dania Drive
Fort Washington, MD 20744

Social Security No.:   xxx–xx–0820

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 9/8/15.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Janet M. Nesse is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *admin*